IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JAMI MAYHEW, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 18-cv-2177-JPG-RJD |
| ) | |
| GENERAL MEDICINE, PC, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**ORDER**

**DALY, Magistrate Judge:**

This matter is before the Court on the discovery dispute conference held on November 19, 2019. At issue are Defendants' responses to Plaintiff's Requests for Production, as well as Plaintiff's responses to Defendants' Requests for Production.

Counsel for Defendants expressed concern regarding the production of correspondence and exhibits sent from him to Assistant United States Attorney Nathan Stump regarding an ongoing investigation into Defendant General Medicine. The Court ordered the correspondence mentioning Plaintiff and the attached exhibits to be provided for *in camera* review. The Court reviewed four letters drafted by Courtney Cox, counsel for Defendants, sent to AUSA Stump along with the corresponding exhibits. Defendants are **ORDERED** to produce the letters referencing Plaintiff and the corresponding attachments subject to the Protective Order by **November 29, 2019**.

Plaintiff requested copies of emails sent to/from her during her time of employment with Defendant and Defendants agreed to supplement their production to produce Plaintiff's emails.

Plaintiff requested documents, communications, and billing records concerning work

Plaintiff performed while "on call" and Defendants' counsel represented that no such documents exist. Defendants will supplement their responses to affirmatively state that no such documents exist.

Defendants seek documents concerning Plaintiff's corporation, Primary Healthcare Solutions. Plaintiff objected to producing the documents arguing Plaintiff's business records are not relevant to the case. Defendants agreed to narrow their requests for production #2, 4 – 8 to records for facilities where Primary Healthcare Solutions, Inc., and General Medicine, PC both billed from December 2017 to present. Plaintiff is **ORDERED** to supplement her responses subject to the narrowed requests by **November 29, 2019**.

Defendants agreed to withdraw their request #3.

Plaintiff agreed to supplement her response to Defendants' Request for Production #9 – 12.

Parties are **ORDERED** to supplement their responses as set forth above by **November 29, 2019**.

**IT IS SO ORDERED.**

**DATED:   November 22, 2019**

*s/ Reona J. Daly*
**Hon. Reona J. Daly**
**United States Magistrate Judge**